F. #2019R01021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

NORTHRIDGE CONSTRUCTION
CORPORATION,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. \_\_\_\_-\_\_\_\_(\_\_\_)

CR 23 486

AZRACK, J.

WICKS, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 28 2023 ★
LONG ISLAND OFFICE

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant NORTHRIDGE CONSTRUCTION CORPORATION's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
           November 27, 2023

                                      U.S. Department of Justice
                                      Environment and Natural Resources Division

                      By:    /s/_____
                             Daniel Dooher, Senior Trial Attorney
                             Rachel Roberts, Trial Attorney
                             Assistant United States Attorney

cc:    Clerk of the Court